UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARON D. MARTIN,

Plaintiff,

-against-

YONKERS POLICE DEPT. POLICE OFFICER,

Defendant.

**ORDER OF SERVICE**

26-CV-9326 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who currently is detained at Westchester County Jail, brings this action *pro se*. Plaintiff asserts claims, under 42 U.S.C. § 1983, for alleged violations of his constitutional rights, as well as state and common law claims. By order dated October 26, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

## DISCUSSION

### A. Claims against Yonkers Police Department

Plaintiff lists the Yonkers Police Department ("YPD") as a defendant in the caption of the complaint but lists only "Yonkers Police Department Police Officer" in the list of defendants within the complaint (ECF 1 at 4.) The YPD is not a proper defendant because, under the relevant municipal charter, the YPD lacks the capacity to be sued in the name of the agency. *See Edwards v. Arocho*, 125 F.4th 336, 354 (2d Cir. 2024) ("A plaintiff cannot bring a claim against a municipal agency that does not have the capacity to be sued under *its municipal charter*."); City of Yonkers, NY Charter, Art. XII, §§ C12-1 to C12-11 (establishing powers of Police Department); *Green v. City of Yonkers*, No. 10-CV-03653, 2012 WL 554453, at *6 (S.D.N.Y. Feb. 21, 2012) (holding that

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

the YPD "does not exist separate and apart from the municipality and does not have its own legal identity" (citations omitted)).

In light of Plaintiff's *pro se* status and apparent intention to assert claims against the YPD, the Court construes the complaint as asserting claims against the City of Yonkers, and directs the Clerk of Court to amend the caption of this action to add the City of Yonkers as a defendant. *See* Fed. R. Civ. P. 21. This amendment is without prejudice to any defenses the City of Yonkers may wish to assert.

**B. Service on City of Yonkers**

Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to assistance from the court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendant City of Yonkers through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons for this defendant and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant.

[2] Although a summons and complaint generally must be served within 90 days of the date the complaint is filed, *see* Fed. R. Civ. P. 4(m), Plaintiff proceeds IFP and could not effect service until the Court reviewed the complaint and ordered that any summonses issue. The Court therefore extends the time to serve until 90 days after the date the summons issues.

If service is not effected within this 90-day period, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

Plaintiff must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**C. Unknown YPD Officers**

A *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the YPD to identify the John or Jane Doe police officers potentially involved in the alleged incident on September 2, 2026, in the YPD holding cell.

It is therefore ordered that the Corporation Counsel for the City of Yonkers, which is the attorney for and agent of the YPD, must ascertain the identity of each Doe defendant whom Plaintiff seeks to sue here and the address where the Doe defendant may be served. The Corporation Counsel for the City of Yonkers must provide this information to Plaintiff and the Court within 60 days of the date of this order.

The Court will deem the complaint amended once the Doe defendants are identified and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the newly named Doe defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed, under Fed. R. Civ. P. 21, to add the City of Yonkers as a defendant. The Clerk of Court is further requested to issue a summons for Defendant City of Yonkers, complete the USM-285 form with the address for Defendant City of Yonkers, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is directed to mail a copy of this order to the Corporation Counsel for the City of Yonkers at: 40 S Broadway #300, Yonkers, NY 10701.

The Clerk of Court is directed to mail an information package to Plaintiff.

**SO ORDERED.**

Dated: October 28, 2026
White Plains, New York

PHILIP M. HALPERN
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. City of Yonkers
   Corporation Counsel for the City of Yonkers
   40 S Broadway #300
   Yonkers, NY 10701